# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., ) ) Plaintiffs, ) ) v. ) ) TIMOTHY F. GEITHNER, Secretary of the ) Treasury, ) ) Defendant. ) ) | CIVIL ACTION NO. 1:02CV00864 JR |

## DEFENDANT'S SECOND STATUS REPORT PURSUANT TO ORDER AND JUDGMENT OF OCTOBER 3, 2008

Defendant, by his undersigned counsel, hereby submits the second status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. #96), which requires the defendant to "file periodic status reports describing the steps taken to implement this Order and Judgment."

1.  The Bureau of Engraving and Printing ("BEP" or "Bureau") received, on July 28, 2009, the final report of the comprehensive study regarding potential methods of providing meaningful access to United States currency for blind and other visually impaired persons ("Contractor Study"), described in Defendant's Status Conference Statement and the Declaration of Larry R. Felix filed August 29, 2008 (Doc. #80).  On August 7, 2009, BEP made the Contractor Study available to the public, through the Bureau's web site, at http://www.bep.treas.gov/section.cfm/4/649.

2.  The BEP, along with the Department of the Treasury and the Federal Reserve, are now reviewing the Contractor Study and developing their recommendations as to the best method or methods for providing meaningful access to the currency.  Once those

recommendations are prepared, they will be published in the Federal Register with an invitation for public comments.

Dated:  August 21, 2009

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney

                                        JOSEPH W. LOBUE, D.C. Bar 293514
                                        Assistant Director
                                        Federal Programs Branch


                                        /s/ W. Scott Simpson
                                        _____
                                        W. SCOTT SIMPSON, Va. Bar 27487
                                        Senior Trial Counsel

                                        Attorneys, Department of Justice
                                        Civil Division, Room 7210
                                        Post Office Box 883
                                        Washington, D.C. 20044
                                        Telephone:  (202) 514-3495
                                        Facsimile:   (202) 616-8470
                                        E-mail: scott.simpson@usdoj.gov

                                        COUNSEL FOR DEFENDANT