# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY F. GEITHNER, Secretary of the ) <br> Treasury, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 1:02CV00864 JR |

## DEFENDANT'S THIRD STATUS REPORT PURSUANT TO ORDER
## AND JUDGMENT OF OCTOBER 3, 2008

Defendant, by his undersigned counsel, hereby submits the third status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. #96), which requires the defendant to "file periodic status reports describing the steps taken to implement this Order and Judgment."[1]

1. The Bureau of Engraving and Printing ("BEP") has reviewed and evaluated the report of the Contractor Study described in defendant's earlier status reports, and, in consultation with the Interagency Currency Design Technical Group ("ICD"), has developed its proposed recommendations as to the best methods for providing meaningful access to United States currency for blind and other visually impaired persons.

2. As described in an earlier filing (Doc. 80), the ICD is a working-level committee made up of representatives from BEP, the Department of the Treasury, the Federal Reserve Board of Governors, the Currency Technology Office of the Federal Reserve System, and the

---

[1] The Order and Judgment of October 3, 2008, states that "[t]he first such status report shall be filed no later than March 16, 2009, and each succeeding report shall be filed every six months thereafter."

United States Secret Service. The ICD provides recommendations relating to counterfeit deterrence and currency designs to the Advanced Counterfeit Deterrence Committee ("ACD"), which consists of senior officials from the same organizations. The ACD reviews the recommendations and provides concurrence on any recommendation relating to counterfeit deterrence and currency design for the Secretary of the Treasury.

3. The BEP has presented to the ACD the proposed recommendations that it developed in consultation with the ICD. The ACD has reviewed the proposed recommendations and has concurred with them.

4. In accordance with defendant's earlier representation to the Court (Doc. 80), the proposed recommendations will be published in the Federal Register with an invitation for public comments. The BEP has drafted the notice to be published in the Federal Register in conjunction with the Federal Reserve and the National Council on Disability (29 U.S.C. §§ 780-785); has submitted the notice to the Department of the Treasury for final clearance; and has received final clearance from Treasury.

5. The Department of the Treasury transmitted the notice to the Office of Management and Budget ("OMB") on March 16, 2010. OMB has informed Treasury that it will send the notice to the Equal Employment Opportunity Commission and the United States Access Board (29 U.S.C. §§ 792, 794b, 794d) for review and comment. After OMB notifies Treasury that it has cleared the notice, Treasury will send the notice to the Government Printing Office for publication in the Federal Register.

Dated: March 16, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JOSEPH W. LOBUE, D.C. Bar 293514
Assistant Director
Federal Programs Branch

/s/ W. Scott Simpson
_____

W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANT