**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TIMOTHY F. GEITHNER, Secretary of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>1:02CV00864 |

### DEFENDANT'S FOURTH STATUS REPORT PURSUANT TO ORDER AND JUDGMENT OF OCTOBER 3, 2008

Defendant, by his undersigned counsel, hereby submits the fourth status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. #96), which requires the defendant to "file periodic status reports describing the steps taken to implement this Order and Judgment."

1. The Department of the Treasury published its formal notice in the Federal Register on May 20, 2010 ("Notice"), setting forth the Bureau of Engraving and Printing's proposed recommendations as to the best methods for providing meaningful access to United States currency for blind and other visually impaired persons. 75 Fed. Reg. 28,331. The BEP proposed, as part of the next currency redesign, deploying a raised tactile feature on each Federal Reserve note that it is permitted by law to change; adding large, high-contrast numerals on each Federal Reserve note that it is permitted by law to change; and implementing a supplemental currency reader program whereby the BEP would lend currency readers to the blind and visually impaired at no cost to them. The Notice invited written comments on the recommendations, and stated that

such comments were due by August 18, 2010. The Bureau received over sixty written comments in response to the Notice.

2. The Notice also stated that BEP would hold open public forums on June 22, 2010, simultaneously in Washington, D.C., and Ft. Worth, Texas, to hear oral public comments on the proposed recommendations. The Bureau held those forums on the date stated, and received a number of oral comments at that time.

3. In July 2010, representatives of the BEP attended the national conventions of the American Council of the Blind and the National Federation of the Blind. The BEP discussed the Federal Register notice and encouraged participants to provide comments to the Department of the Treasury.

4. The BEP is evaluating the written and oral comments received regarding the proposed recommendations stated in the Notice.

Dated: September 16, 2010

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    RONALD C. MACHEN JR.
    United States Attorney

    JOSEPH W. LOBUE, D.C. Bar 293514
    Assistant Director
    Federal Programs Branch

    /s/ W. Scott Simpson
    _____
    W. SCOTT SIMPSON, Va. Bar 27487
    Senior Trial Counsel

                                Attorneys, Department of Justice
                                Civil Division, Room 7210
                                Post Office Box 883
                                Washington, D.C. 20044
                                Telephone:  (202) 514-3495
                                Facsimile:   (202) 616-8470
                                E-mail: scott.simpson@usdoj.gov

                                COUNSEL FOR DEFENDANT