UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TIMOTHY F. GEITHNER, Secretary of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>1:02CV00864 |

### DEFENDANT'S FIFTH STATUS REPORT PURSUANT TO ORDER AND JUDGMENT OF OCTOBER 3, 2008

Defendant, by his undersigned counsel, hereby submits the fifth status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. #96), which requires the defendant to "file periodic status reports describing the steps taken to implement this Order and Judgment."

1. The Bureau of Engraving and Printing ("BEP") has completed evaluating the written and oral comments it received on the proposed recommendations published in the Notice of May 20, 2010, regarding how best to provide meaningful access to United States currency for blind and other visually impaired persons. 75 Fed. Reg. 28,331.

2. The BEP has revised its proposed recommendations in light of the written and oral comments, and has received approval for the revised recommendations from the Advanced Counterfeit Deterrence Committee, which consists of senior officials from the BEP, the Department of the Treasury, the Federal Reserve Board of Governors, the Currency Technology Office of the Federal Reserve System, and the United States Secret Service.

3. The BEP has transmitted its recommendations to the Department of the Treasury for approval by the Secretary of the Treasury, and the decision memorandum containing the recommendations is currently in the executive clearance process. Once that process is completed, the next step will be formal consideration of the BEP's recommendations by the Secretary of the Treasury.

Dated: March 16, 2011

                                              Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

RACHEL J. HINES, D.C. Bar 424774
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANT