**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:02-cv-00864-JR |
| v. | ) | |
| | ) | |
| TIMOTHY F. GEITHNER, Secretary of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SIXTH STATUS REPORT PURSUANT TO ORDER**
**AND JUDGMENT OF OCTOBER 3, 2008**

Defendant, by his undersigned counsel, hereby submits the sixth status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96 ¶ 4), which requires the defendant to "file periodic status reports describing the steps taken to implement this Order and Judgment."

1.  The Bureau of Engraving and Printing ("BEP") has transmitted to the Secretary of the Treasury ("Secretary") its recommendations regarding how best to provide meaningful access to United States currency for blind and other visually impaired persons.

2.  The Secretary has considered and, on May 31, 2011, approved the BEP's recommendations.  Accordingly, the BEP and the Department of the Treasury will take the following actions to provide meaningful access to United States currency for blind and other visually impaired persons:

a.  Tactile Feature:  A raised tactile feature will be added to each Federal Reserve note that BEP may lawfully redesign, to enable users to identify each denomination by touch.

b. High Contrast Numerals:  The BEP will continue its program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

c. Currency Reader Program:  The BEP will implement a supplemental currency reader distribution program for blind and other visually impaired U.S. citizens and those legally residing in the United States.

More information about the BEP's meaningful access initiative has been published on the BEP's website at http://www.bep.gov/uscurrency/meaningfulaccess.html.

3. As required by this Court's Order and Judgment, the new note features (that is, items "a" and "b" above) will be included in the next currency redesign following the recently unveiled $100 note (Doc. 96 ¶¶ 2, 3).  The BEP is continuing to conduct research toward developing the specific tactile feature to be included.  Development of the most appropriate tactile feature is expected to require a significant amount of time.  As indicated earlier in this litigation, the Department of the Treasury's goal is to redesign each denomination of currency every seven to ten years.  The Department has not yet established a timetable for the next currency redesign.

4. The BEP intends to implement the currency reader program as soon as possible to provide assistance to blind and other visually impaired persons in the near term and during the co-circulation of notes with and without tactile and high contrast features.  This program will provide an eligible individual with a currency reader, at no cost, that will denominate United States Federal Reserve notes.  The BEP is investigating several potential ways of implementing a currency reader program so that it is both cost-effective and responsive to the needs of blind and other visually impaired persons.

2

5.  Aside from the above-described accommodations required by this Court's Order and Judgment and approved by the Secretary, the BEP has developed and made available a free downloadable application for Apple-branded portable devices to assist blind and other visually impaired persons.  This "app," called EyeNote, identifies the denomination of a U.S. currency note based on an image of the note taken with the device's built-in camera.  To date, EyeNote has been downloaded more than 3,000 times.

Dated:  September 16, 2011

<div style="margin-left:50%">

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

RACHEL J. HINES, D.C. Bar 424774
Assistant Director

/s/ W. Scott Simpson

W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANT

</div>