**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN COUNCIL OF THE BLIND, et al.,

Plaintiffs,

v.

JANET YELLEN, Secretary of the Treasury,[1]

Defendant.

Case No. 1:02-cv-00864-BAH

# DEFENDANT'S STATUS REPORT

Defendant, by his undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require Defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1. The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, to include exploring the options contained in the three-pronged approach of (1) adding a raised tactile feature ("RTF") to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2. BEP has narrowed the selection of the RTF application method from two processes to one process based on testing. BEP, along with government partners, recommended to the Interagency Currency Committee and the Advanced Counterfeit Deterrence (ACD) Steering

[1] Janet Yellen has been substituted as Defendant, in her official capacity as the Secretary of the Treasury, by operation of Federal Rule of Civil Procedure 25(d).

Committee selection of intaglio printing for the RTF application method. On December 29, 2020, BEP Director Olijar, Acting ACD Steering Committee Chair, recommended that the Secretary of the Department of Treasury approve the selection of intaglio printing as the proposed application method for continued development of a RTF for use on the upcoming Catalyst $10 note design and for subsequent banknote designs in the Catalyst family. On January 4, 2021, the Secretary approved intaglio printing as the proposed application method for RTF.

3. BEP continues to pursue the creation of a durable, usable, and manufacturable tactile feature that can function in commercial and governmental counting and inspection machines, as well as in ATMs and vending machines. The Bureau's efforts in that regard are described in previous status reports and in Defendant's Response to Order of January 9, 2019, dated February 8, 2019, and its attachments (Dkt. No. 179). Those filings are incorporated herein by reference. Since the last status report, BEP has developed a method for collecting height measurements of the RTF using a new instrument. BEP continues to work on the test method and test coupons. This work will be used for quality control purposes throughout RTF development. Additionally, BEP completed a project management plan update and an analysis of design failure modes and effects. The analysis was facilitated by the MITRE Corporation and provides a systematic technology review to inform future development efforts such as print trials.

4. BEP continues to provide meaningful access to the currency for many blind and visually impaired persons through a currency reader distribution program operated in conjunction with the National Library Service of the Library of Congress. As of March 2, 2021, the program has distributed approximately 82,659 readers. Despite the COVID-19 pandemic, the National Library Service of the Library of Congress and twenty-eight stakeholders, with whom BEP has entered into memorandums of agreement (MOAs), continue to

distribute currency readers. The Program has received positive feedback because participants receive the iBill currency reader and training upon delivery with no waiting period. Since the last status report, BEP has entered into MOAs with seven groups: the North Central Sight Services, Incorporated; Signal Center; Central Association for the Blind and Visually Impaired; Louisiana Lighthouse; Idaho Commission for the Blind; Associated Services for the Blind and Visually Impaired; and San Antonio Lighthouse for the Blind and Visually Impaired.

5. BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to function as currency readers. The number of downloads of these applications continues to increase. The EyeNote app for Apple devices, which BEP developed, has been downloaded approximately 76,452 times. The IDEAL Currency Identifier app for the Android operating system has been downloaded approximately 42,544 times. BEP is researching methods to upgrade both the EyeNote 3.0 for Apple IOS and IDEAL Currency Identifier 2.0 for Android mobile applications.

6. BEP continues to conduct extensive public outreach in connection with its meaningful access program, primarily to promote the currency readers. To date, BEP has participated in 111 conferences. Since the beginning of Fiscal Year 2021, BEP participated in: two virtual conferences and one presentation with the Missouri Department of Social Services; the National Industries for the Blind Training Conference and Expo; and the Randolph-Sheppard Vendors of America – Sagebrush 2021 National BEP Training Conference. The total combined attendance for these conferences was 31,700. Additionally, BEP is engaging in outreach through social media channels and has received positive feedback regarding its efforts.

DATED: March 15, 2021 Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director

*s/ Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11004
Washington, DC 20005
Tel.: (202) 514-5838
Fax: (202) 616-8460
Email: justin.sandberg@usdoj.gov
*Counsel for Defendant*