UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JANET YELLEN, Secretary of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | Case No. 1:02-cv-00864-BAH |

## DEFENDANT'S STATUS REPORT

Defendant, by her undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require the defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1.  The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, to include exploring the options contained in the three-pronged approach of: (1) adding a raised tactile feature ("RTF") to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2. The RTF team continues to work to incorporate the RTF on the next $10 note, referred to as the Catalyst $10 note.  In February 2022, the Feasibility Trial for the Catalyst $10 note, which includes the RTF, started.  The trial provides an opportunity to optimize the RTF engravings.  Samples produced during this trial will be evaluated using established BEP quality methods and will be used to refine the standard operating procedure to collect height measurement

with the new instrument, as was reported in the March 2020 status report.

3. BEP continues to provide meaningful access to the currency for many blind and visually impaired persons through a currency reader distribution program operated in conjunction with the National Library Service for the Blind and Print Disabled ("NLS") of the Library of Congress. As of March 4, 2022, the program has distributed approximately 88,865 readers. The customer service call center has handled 14,026 calls. BEP has established a total of 43 signed Memoranda of Agreement ("MOAs") with various entities to assist in distributing currency readers to our constituents. Since the beginning of fiscal year (FY) 2022 (on October 1, 2021), BEP has signed an additional nine MOAs with the following: the Lubbock Texas Workforce Commission, Region 1; the Austin Texas Workforce Commission, Region 2; the Austin Texas Workforce Commission, Region 3; the Lufkin Texas Workforce Commission, Region 4; the Houston, Texas Workforce Commission, Region 5; Walter Reed National Military Medical Center; VA Sioux Falls South Dakota Healthcare Center; the Staunton Public Library; and Talking Book Center and Eye Learn. As noted above, BEP implemented an MOA with an additional VA Healthcare Center, for a total of six agreements with VA Healthcare Centers, and BEP is continuing to pursue agreements with additional VA Healthcare Centers. BEP has successfully incorporated the additional five Texas Workforce Commission regions into our distribution program. Currently six regions throughout the state of Texas are distributing currency readers on behalf of BEP. BEP is working with its partner the NLS on a new program with the Staunton Talking Book Center, a subregional library for the blind and visually impaired. This subregional library pilot agreement is expected to be a model for several additional NLS network libraries in the future.

4. BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to

function as currency readers. As of March 4, 2022, there have been a total of 138,780 mobile application downloads. The EyeNote application for Apple devices, which BEP developed, has been downloaded approximately 88,885 times. The IDEAL Currency Identifier application for the Android operating system has been downloaded approximately 49,895 times. Upgrades for the EyeNote and the IDEAL Currency Identifier applications are being developed, and testing will begin in the coming months to ensure accuracy.

5. BEP continues to conduct extensive public outreach in connection with its meaningful access program, primarily to promote the currency readers. To date, BEP has participated in 115 Conferences for the Meaningful Access Program. Since the beginning of FY 2022, BEP has participated in a virtual conference and a presentation with the Aurora Colorado, National Federation of the Blind State Chapter meeting; and the Pennsylvania Council for the Blind Conference. The total combined attendance was 33,500.

DATED: March 11, 2022

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director

 _s/ Justin M. Sandberg_
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11004
Washington, DC 20005
Tel.: (202) 514-5838
Fax:   (202) 616-8460
Email: justin.sandberg@usdoj.gov
*Counsel for Defendant*