UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JANET YELLEN, Secretary of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | Case No. 1:02-cv-00864-BAH |

### DEFENDANT'S STATUS REPORT

Defendant, by her undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require Defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1. The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, which includes exploring the options contained in the three-pronged approach of: (1) adding a raised tactile feature (RTF) to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2. The RTF team continues to work toward the integration of the RTF on the next $10 note, referred to as the Catalyst $10 note. A fourth Feasibility trial, focusing on the integration of a separate and distinct security element, was completed in February 2024. The Catalyst $10 note with the RTF continues to be on schedule for production in 2026.

3. BEP has distributed more than 100,000 currency readers. As of March 5, 2024,

the program has distributed approximately 104,120 iBill® electronic currency readers, and its customer service call center has handled 14,889 calls.

4. To assist in distributing those currency readers, BEP has established a total of 74 signed Memoranda of Agreements (MOA) with various entities in order to distribute currency readers to its constituents. Since the beginning of FY 2024, BEP has signed five MOAs with the following organizations: Florida Department of Education, Division of Blind Services; the Montana State Library; Lebanon VA Medical Center; Arkansas Library for the Blind and Print Disabled and Utah State Library.

5. BEP currently has 17 MOAs with Network Regional and Sub-Regional Libraries and 9 Department of Veterans Affairs, Blind and Rehabilitation Centers.

6. BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to function as currency readers. As of March 5, 2024, there have been a total of 175,019 mobile application downloads. The Eye Note® application for Apple devices, which BEP developed, has been downloaded approximately 121,495 times. The IDEAL Currency Identifier application for the Android operating system has been downloaded approximately 53,524 times.

Dated:   March 15, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
Trial Attorney
(New York Bar No. 5693890)
U.S. Department of Justice

                                          Civil Division, Federal Programs Branch
                                          1100 L Street N.W.
                                          Washington, D.C. 20005
                                          Telephone: (202) 616-8198
                                          Facsimile: (202) 616-8470

                                          *Counsel for Defendant*