UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANET YELLEN, Secretary of the ) <br> Treasury, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:02-cv-00864-BAH |

**<u>DEFENDANT'S STATUS REPORT</u>**

Defendant, by her undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require the defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1. The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, to include exploring the options contained in the three-pronged approach of: (1) adding a raised tactile feature (RTF) to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2. The RTF team completed the integration of the RTF on the next $10 note, referred to as the Catalyst $10 note. The Catalyst $10 note with RTF continues to be on schedule for production in 2026. RTF team support will continue to be provided as needed.

3. BEP has distributed more than 100,000 currency readers. As of September 5, 2024, the program has distributed approximately 108,200 iBill® electronic currency readers, and its

customer service call center has handled 15,015 calls.

4. To assist in distributing those currency readers, BEP has established a total of 81 signed Memorandum of Agreements (MOA) with various entities in distributing currency readers to our constituents. Since the beginning of FY 2024, BEP has signed an additional 12 MOAs with the following: Florida Department of Education, Division of Blind Services; the Montana State Library; Lebanon VA Medical Center; Arkansas Library for the Blind and Print Disabled, Utah State Library, Lighthouse of the Big Bend, Arizona State Braille and Talking Library, Central Virginia VA Health Care System, Virginia Beach Public Library, Arizona Technology Access Program, Lions Services Inc., and SAAVI Services for the Blind.

5. BEP currently has 20 MOAs with Network Regional and Sub-Regional Libraries and 9 Department of Veterans Affairs, Blind and Rehabilitation Centers and 9 Department of Veterans Affairs, Blind and Rehabilitation Centers.

6. BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to function as currency readers. As of September 5, 2024, there have been a total of 177,295 mobile application downloads. The Eye Note® application for Apple devices, which BEP developed, has been downloaded approximately 123,771. The IDEAL Currency Identifier application for the Android operating system has been downloaded approximately 53,524 times.

DATED: September 13, 2024         Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Director

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
(New York Bar No. 5693890)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 616-8198
Facsimile: (202) 616-8470

*Counsel for Defendant*