UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCOTT BESSENT, Secretary of the )<br>Treasury, )<br>)<br>Defendant. )<br>) | Case No. 1:02-cv-00864-BAH |

**DEFENDANT'S STATUS REPORT**

Defendant, by undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require the defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1.  The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, to include exploring the options contained in the three-pronged approach of: (1) adding a raised tactile feature (RTF) to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2.  The RTF team completed the integration of the RTF on the next $10 note, referred to as the Catalyst $10 note. The Catalyst $10 note with RTF continues to be on schedule for production in 2026.

3.  BEP has distributed more than 100,000 currency readers. As of March 4, 2025, the program has distributed approximately 110,987 iBill® electronic currency readers, and its

customer service call center has handled 15,136 calls.

4. To assist in distributing those currency readers, BEP has entered into a total of 86 Memorandum of Agreements (MOA) with various entities in distributing currency readers. Since the beginning of FY 2025, BEP has signed an additional 6 MOAs with the following: Na Hoaloha, Mississippi Library Commission, NuEyes Low Vision Solutions, Robert J. Dole VAMC, Advanced Low Vision Clinic, Cabell-Wayne Association of the Blind Inc. and Family Service Agency.

5. BEP currently has twenty-one (21) MOAs with Network Regional and Sub-Regional Libraries; and 10 Department of Veterans Affairs, Blind and Rehabilitation Centers.

6. BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to function as currency readers. As of March 4, 2025, there have been a total of 196,059 mobile application downloads. The Eye Note® application for Apple devices, which BEP developed, has been downloaded approximately 141,645 times. The IDEAL Currency Identifier application for the Android operating system has been downloaded approximately 54,136 times.

DATED: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH TULIS
Assistant Branch Director

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
(New York Bar No. 5693890)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.

Washington, D.C. 20005
Telephone: (202) 616-8198
Facsimile: (202) 616-8470

*Counsel for Defendant*