# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, *et al*.<br><br>        *Plaintiffs*,<br><br>    v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of Treasury,<br><br>        *Defendant*. | No. 1:02-cv-00864 (BAH) |

## <u>DEFENDANT'S STATUS REPORT</u>

Defendant, by his undersigned counsel, hereby submits this status report pursuant to paragraph 4 of the Court's Order and Judgment of October 3, 2008 (Doc. 96), and the Court's Order of August 15, 2012 (Doc. 121), which require Defendant to file semi-annual status reports describing the steps taken to implement the Order and Judgment.

1.      The Bureau of Engraving and Printing ("BEP" or "Bureau") continues to make progress in providing meaningful access to United States currency, through the three-pronged approach of: (1) adding a raised tactile feature ("RTF") to each Federal Reserve note that the BEP may lawfully redesign, (2) distributing electronic currency readers for blind and other visually impaired U.S. citizens and legal residents, and (3) continuing the Bureau's program of adding large, high-contrast numerals and different colors to each denomination that it may lawfully redesign.

2.      The RTF team completed the integration of the RTF on the next $10 note, referred to as the Catalyst $10 note.   The Catalyst $10 note with RTF continues to be on schedule for production in 2026.

3.      BEP has distributed more than 100,000 currency readers.    As of August 25, 2025, the program has distributed approximately 110,987 iBill® electronic currency readers, and its customer service call center has handled 15,267 calls.

4.      To assist in distributing those currency readers, BEP has established a total of ninety-one (91) signed Memorandum of Agreements ("MOA") with various entities in distributing currency readers to BEP constituents.    Since the beginning of Fiscal Year 2025, BEP has signed an additional eleven (11) MOAs with the following entities: Na Hoaloha, Mississippi Library Commission, NuEyes Low Vision Solutions, Robert J. Dole VAMC, Advanced Low Vision Clinic, Cabell-Wayne Association of the Blind Inc., Family Service Agency, Texas Workforce Commission for Older Individuals who are Blind ("OIB"), Columbia Lighthouse for the Blind, IN-SIGHT, Society's Assets Inc., and Veterans Affairs New Jersey Healthcare System.

5.      As of this filing, BEP has ninety-one (91) MOAs, with twenty-one (21) Network Regional and Sub-Regional Libraries, and eleven (11) Department of Veterans Affairs, Blind and Rehabilitation Centers.

6.      BEP also continues to provide meaningful access for a large segment of the blind community through mobile device applications, which allow smartphones and similar devices to function as currency readers.    As of August 25, 2025, there have been a total of 200,104 mobile application downloads.    The Eye Note® application for Apple devices, which BEP developed, has been downloaded approximately 144,869.    The IDEAL Currency Identifier application for the Android operating system has been downloaded approximately 55,235 times.

Dated: September 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 305-0889
Email: Stephen.m.elliott@usdoj.gov

*Counsel for Defendant*